# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

|  |  |
|---|---|
| _____ )<br>_Plaintiff(s)_, )<br>vs. )<br>_____ )<br>_Defendant(s)_. )<br>_____ ) | CASE NO. 3AN- _____ S I X 7 _____<br><br>SUMMONS AND<br>NOTICE TO BOTH PARTIES<br>OF JUDICIAL ASSIGNMENT |

To Defendant:_____

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) _____, whose address is:_____.
_____

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form _Notice of Change of Address / Telephone Number_ (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

- [✓] This case has been assigned to Superior Court Judge _____
  and Master _____.

- [ ] This case has been assigned to District Court Judge _____

|  |  |
|---|---|
| CLERK OF COURT | |
| 2-18-14<br>_____<br>Date<br>2-18-14 | By:_____<br>Deputy Clerk |

I certify that on _____ a copy of this Summons was   [ ] mailed  [✓] given to
[ ] plaintiff   [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order   [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

THOMAS C. ASZMUS, )
                  Plaintiff, )
 )
vs. )
 )
JAY R. McINNIS, and FARMERS' )
INSURANCE GROUP OF )
COMPANIES, )
 )
              Defendants. )    Case No. 3AN-14-<u>8187</u> CI
 )

## **COMPLAINT**

COMES NOW the Plaintiff, Tom Aszmus, by and through counsel of record, and for his Complaint against Defendants Jay R. McInnis and Farmers' Insurance Group of Companies, states as follows:

1.    Plaintiff Thomas C. Aszmus ("Aszmus") is a resident of the State of Alaska.

2.    Unless otherwise noted, the events in this action occurred in the Third Judicial District such that venue is appropriate.

3.    It is Plaintiff's information and belief that the Farmers' Insurance Group of Companies ("Farmers' Insurance") does business in Alaska such that jurisdiction by an Alaska court is appropriate.

4.    It is Plaintiff's information and belief that this matter arises out of acts and omissions of Defendant Jay R. McInnis ("McInnis") related to events in Alaska such that jurisdiction by an Alaska court is appropriate.

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

5.   On or about October 7, 2010, Plaintiff Aszmus was injured in a motor vehicle accident as a result of the negligence of Matthew K. Avery ("Avery") and brought suit against Avery in the action entitled Aszmus v. Avery, Case No. 2KB-11-210 CI filed in Kotzebue, Alaska.  A true and correct copy of the Complaint in the action is attached as Exhibit A to this Complaint.

6.   It is Aszmus' information and belief that Defendant McInnis was an agent of Defendant Farmers' Insurance, that Defendant McInnis sold Avery a motor vehicle insurance policy, Number G0034678880, issued by Defendant Farmers' Insurance, and that McInnis' actions were at all times in the course and scope of his agency relationship with Defendant Farmers' Insurance.

7.   It is Aszmus' information and belief that the Policy Number G0034678880 provided coverage for the October 7, 2010 motor vehicle accident and Avery's liability in the Aszmus v. Avery action, including but not limited a duty to defend Avery from the allegations made by Aszmus in that action.

8.   It is Aszmus' information and belief that Avery tendered defense of the action to Defendant Farmers Insurance through its agent, Defendant McInnis.  A true and correct copy of this tender is attached as Exhibit B to this Complaint.

9.   It is Aszmus' information and belief that neither Defendant Farmers' Insurance nor Defendant McInnis acknowledged such tender.

10.  Defendant Farmers' Insurance failed to defend Avery in the Aszmus v. Avery action, breaching its duties to Avery under Policy Number G003467880.

11.  In order to mitigate the consequences of this failure to defend, Avery entered into a settlement in which he agreed to confess Judgment in favor of Plaintiff Aszmus in the amount of $3,581,371.85 and assigned his rights against Defendants Farmers Insurance and Defendant McInnis.  A true and correct copy of this Settlement Agreement is attached as Exhibit C to this Complaint.  Pursuant to the Settlement Agreement, judgment has been entered against Avery.  A true and correct copy of this Judgment is attached as Exhibit D to this Complaint.

## SECOND CAUSE OF ACTION AGAINST FARMERS' INSURANCE AND MCCINNIS
## BREACH OF FIDUCIARY DUTY

12.  Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 11 of this Complaint.

13.  By virtue of their sale of the Policy Number G0034678880 to Avery, Defendants Farmers' Insurance and Defendant McInnis owed Avery a fiduciary duty to respond to his tender.

14.  The failure of Defendant Farmers' Insurance and Defendant McInnis to respond to Avery's tender constitutes a breach of this fiduciary duty such that they are liable for Avery's losses, including but not limited to the unsatisfied portion of the $3,581,371.85 judgment and any non-economic loss associated with such breach.

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

*Aszmus v. Farmers Ins Co.*, Case No. 3AN-14- 8187 CI
Complaint, Page 3 of 4

Whereforc, Plaintiff requests the following relief:

1.    A judgment against Defendants Farmers' Insurance and McInnis in the amount of Avery's losses.

2.    Aszmus' attorneys' fees and costs associated with this action.

3.    Such other relief as the Court deems appropriate.

DATED at Anchorage, Alaska this ___*18*___ day of July, 2014.

LAW OFFICES OF MARC JUNE
Attorneys for Plaintiff

By: _____

Marc W. June
ABA# 8011091\

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

*Aszmus v. Farmers Ins Co.*, Case No. 3AN-14-8187 CI
Complaint, Page 4 of 4

# EXHIBIT A

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234 Facsimile 907-277-9120

| | |
|---|---|
| THOMAS C. ASZMUS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MATTHEW K. AVERY, | ) |
| Defendant. | ) |

FILED in the Trial Courts
State of Alaska, Second District,
At KOTZEBUE

AUG 29 2011

Clerk of the Trial Courts

By_____Deputy

Case No. 2KB -11- 210 CI

## COMPLAINT

COMES NOW the Plaintiff, Tom Aszmus, by and through counsel of record, and for his Complaint against Defendant Matthew K. Avery, states as follows:

### FIRST CAUSE OF ACTION
### NEGLIGENCE

1. Plaintiff Thomas C. Aszmus ("Aszmus") is a resident of the state of Alaska.

2. It is Plaintiff's information and belief that Defendant Matthew K. Avery ("Avery") is a resident of the state of Alaska.

3. It is Plaintiff's information and belief that Alaska Interstate Construction, LLC ("AIC") is a corporation doing business in Alaska.

4. This matter arises out an incident in Kotzebue, Alaska such that venue is proper.

5. On or about October 7, 2010, Plaintiff Aszmus was employed by AIC to perform work in Kotzebue, Alaska. On or about October 7, 2010, at a time outside of

*Aszmus v. Avery*, Case No. 2KO-11-_____ CI
Complaint, Page 1 of 3

EXHIBIT ___A___
PAGE __1__ OF __3__

Case 3:14-cv-00166-SLG   Document 1-1   Filed 09/02/14   Page 7 of 33
Exhibit 1, Page 7 of 33

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234 Facsimile 907-277-9120

working hours, Plaintiff Aszmus was a passenger in a motor vehicle described as a "Yamaha Rhino" operated by Defendant Avery.

6. Defendant Avery negligently operated the "Yamaha Rhino" causing the vehicle to overturn. Such negligence includes, but is not limited to, being intoxicated, driving recklessly and driving without due regard to speed, the road conditions, and the driving characteristics of the vehicle.

7. As a result of such negligence, Plaintiff Aszmus suffered serious injury, including but not limited to his right arm.

8. As a result of such negligence, Plaintiff Aszmus has been damaged in the form of past and future medical expenses, past and future loss of income and non-economic loss in an amount to be proven at trial but in excess of $100,000.

<div align="center">

**SECOND CAUSE OF ACTION**
**PUNITIVE DAMAGES AGAINST AVERY**

</div>

9. Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 10 above.

10. At all relevant times, Defendant Avery acted recklessly and with extreme indifference to the safety of others such that punitive damages are appropriate. Such actions include but are not limited to being intoxicated.

<div align="center">

**PRAYER FOR RELIEF**

</div>

WHEREFORE Plaintiff Aszmus requests the following relief:

1. A judgment against defendant in an amount to be proven at trial but in excess of $100,000.

*Aszmus v. Avery*, Case No. 2KO-11-_____ CI
Complaint, Page 2 of 3

EXHIBIT A

2. Prejudgment interest, costs, and full attorneys' fees pursuant to AS 09.60.070.

3. Such other relief as the Court deems appropriate.

DATED at Anchorage, Alaska this _22_ day of August, 2011.

LAW OFFICES OF MARC JUNE
Attorneys for Plaintiff

By: _____
        Marc W. June
        ABA# 8011091

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

*Aszmus v. Avery,* Case No. 2KO-11-_____ CI
Complaint, Page 3 of 3

# EXHIBIT B

# INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers

Peter J. Maassen
William H. Ingaldson
Kevin T. Fitzgerald
Stuart C. Rader
Jim M. Boardman

813 West Third Avenue
Anchorage, Alaska 99501-2001
Telephone (907) 258-8750  Facsimile (907) 258-8751

April 27, 2012

**VIA CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND VIA FACSIMILE: 480-813-2731**

Jay R. McInnis, LUTCF
522 N. Gilbert Rd., # 106
Gilbert, AZ 85234

> Re:   *Aszmus v. Avery*
>       DOL: 10-7-2010
>       Claimant: Thomas C. Aszmus
>       Policy No. G00 3467888 00
>       Our File No.:  0074.003

Dear Mr. McInnis:

Our client Matthew K. Avery was recently served with a complaint in the above captioned matter. Mr. Avery was sued by a passenger that was traveling with him as a result of an auto accident. A copy of the complaint is attached. We would appreciate it if you could forward the complaint to the carrier for the above policy and we request that Farmers defend and indemnify Mr. Avery in the above lawsuit as he is a named insured on the policy. If you have any questions, please don't hesitate to contact me.

Sincerely,

Jim M. Boardman

JMB:car

Enclosure
cc w/encl.:    Matt Avery
               Marc June

EXHIBIT ___B___
PAGE _1_ OF _6_



IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

THOMAS C. ASZMUS,                    )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )
                                     )
MATTHEW K. AVERY,                    )
                                     )
        Defendant.                   )    Case No. 2KO-11-_OO21 CI_ CI



## COMPLAINT

COMES NOW the Plaintiff, Tom Aszmus, by and through counsel of record, and

for his Complaint against Defendant Matthew K. Avery, states as follows:

### FIRST CAUSE OF ACTION
### NEGLIGENCE

1. Plaintiff Thomas C. Aszmus ("Aszmus") is a resident of the state of Alaska.

2. It is Plaintiff's information and belief that Defendant Matthew K. Avery ("Avery")

   is a resident of the state of Alaska.

3. It is Plaintiff's information and belief that Alaska Interstate Construction, LLC

   ("AIC") is a corporation doing business in Alaska.

4. This matter arises out an incident in Kotzebue, Alaska such that venue is proper.

5. On or about October 7, 2010, Plaintiff Aszmus was employed by AIC to perform

   work in Kotzebue, Alaska. On or about October 7, 2010, at a time outside of

*Aszmus v. Avery*, Case No. 2KO-11-_____ CI
Complaint, Page 1 of 3

Law Offices of Mary Jane
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234   Facsimile 907-277-0120

EXHIBIT  B

PAGE  2  OF  6

working hours, Plaintiff Aszmus was a passenger in a motor vehicle described as a "Yamaha Rhino" operated by Defendant Avery.

6. Defendant Avery negligently operated the "Yamaha Rhino" causing the vehicle to overturn. Such negligence includes, but is not limited to, being intoxicated, driving recklessly and driving without due regard to speed, the road conditions, and the driving characteristics of the vehicle.

7. As a result of such negligence, Plaintiff Aszmus suffered serious injury, including but not limited to his right arm.

8. As a result of such negligence, Plaintiff Aszmus has been damaged in the form of past and future medical expenses, past and future loss of income and non-economic loss in an amount to be proven at trial but in excess of $100,000.

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-3234 Facsimile 907-277-2120

## SECOND CAUSE OF ACTION
## PUNITIVE DAMAGES AGAINST AVERY

9. Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 10 above.

10. At all relevant times, Defendant Avery acted recklessly and with extreme indifference to the safety of others such that punitive damages are appropriate. Such actions include but are not limited to being intoxicated.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff Aszmus requests the following relief:

1. A judgment against defendant in an amount to be proven at trial but in excess of $100,000.

EXHIBIT B
PAGE 3 OF 6

2. Prejudgment interest, costs, and full attorneys' fees pursuant to AS 09.60.070.

3. Such other relief as the Court deems appropriate.

DATED at Anchorage, Alaska this 22 day of August, 2011.

LAW OFFICES OF MARC JUNE
Attorneys for Plaintiff

By: ______________________
Marc W. June
ABA# 8011091

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234 Facsimile 907-277-9120

EXHIBIT B
PAGE 4 OF 6

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

® Sender: Please print your name, address, and ZIP+4 in this box ®

Jim M. Boardman
Ingaldson, Maassen & Fitzgerald
813 W. 3rd Ave.
Anchorage, AK 99501

74-3

EXHIBIT B
PAGE 5 OF 6

12:0 ip.m. 03-10-2014 6:17

# SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jay R. McInnis LUTCF
522 N. Gilbert Rd #106
Gilbert, AZ 85234

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _(signature)_    ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
McInnis                            4/30/11

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7010 1870 0001 0421 1405

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT __B__
PAGE _16_ OF _16_

# EXHIBIT C

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

THOMAS C. ASZMUS, )
)
Plaintiff, )
)
vs. )
)
MATTHEW K. AVERY, )
ALASKA INTERSTATE )
CONSTRUCTION, LLC )
)
Defendants. )
_____ )   Case No. 2KB-11-210 CI
MATTHEW K. AVERY, )
)
Third-Party Plaintiff, )
)
vs. )
)
YAMAHA MOTOR CORPORATION, )
USA., YAMAHA MOTOR )
MANUFACTURING CORPORATION )
OF AMERICA AND YAMAHA )
MOTOR CO., LTD., )
)
Third-Party Defendants. )

**SETTLEMENT AGREEMENT**

This is a Settlement Agreement entered into between Plaintiff Thomas C. Aszmus ("Aszmus") and Defendant Matthew K. Avery ("Avery). In entering into the Settlement Agreement, the parties acknowledge that the following facts are true.

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

1.   Aszmus was seriously injured in a motor vehicle accident occurring on or about October 7, 2010.

2.   The motor vehicle accident was caused by the negligence of Avery.

3.   Aszmus subsequently brought suit against Avery in an action entitled Aszmus v. Avery et al, Case No. 2KB-11-210 CI.

4.   Avery believes he had motor vehicle insurance coverage through a Farmers' Insurance Group of Companies purchased through Agent Jay R. McInnis, LUTCF, 522 N. Gilbert Rd, # 106, Gilbert, AZ. 85234, Policy Number G00346788800 or a policy subsequently purchased through the same agent.

5.   Avery tendered defense of Aszmus v. Avery et al, Case No. 2KB-11-210 CI by certified mail, restricted delivery to Farmers' Insurance c/o Agent Jay R. McInnis.

6.   Neither Jay R. McInnis nor any representative of the Farmers' Insurance Group of Companies ever acknowledged Avery's tender of defense or made any attempt to defend Avery against the allegations made in Aszmus v. Avery et al, Case No. 2KB-11-210 CI.

7.   In defending the claims made against him in Aszmus v. Avery et al, Case No. 2KB-11-210 CI, Avery has been represented by counsel and has had adequate and full opportunity to fully assess his liability in Aszmus v. Avery et al, Case No. 2KB-11-210 CI and Aszmus' losses resulting from Avery's actions.

8.   The claims against Avery were defended under reservation of rights by Colony Insurance Company. Avery and Aszmus explicitly acknowledge that Colony Insurance Company has fully satisfied its defense and indemnity obligations.

9.   Aszmus has entered into a Settlement Agreement and Release of All Claims with Alaska Interstate Construction, LLC. pursuant to which

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

*Aszmus v. Avery,* Case No. 2KB-11-210 CI
Settlement Agreement

EXHIBIT____C____

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

Aszmus will be paid $755,000 in partial satisfaction of Avery liability to Aszmus.

10. Aszmus and Avery wish to resolve the remainder of their dispute on the following terms.

## Agreement

1. Avery agrees to confess judgment after action in favor of Aszmus in the amount of $2,878,000, plus prejudgment interest, Alaska from October 7, 2010 through March 31, 2014, and Civil Rule 82 attorneys' fees. Avery acknowledges this amount to be 3,581,371.85 through March 31, 2014.

2. Aszmus agrees that, upon receipt of $755,000 from Defendant Alaska Interstate Construction, LLC, the Restitution Order in 2KB-10-00584CR shall be deemed satisfied. Additionally, Aszmus covenants not to execute on the above Judgment against Avery or assign any right to execute on such Judgment to any other person or entity.

3. Avery hereby assigns whatever claims he may have in relation to the Farmers Insurance Group, Coast National Insurance Co., Jay R. McInnis LUTCF, and any other person or entity bearing legal responsibility for failing to defend Avery in Aszmus v. Avery et al, Case No. 2KB-11-210 CI. No claims are being assigned for the parties released in the Settlement Agreement and Release of All Claims with Alaska Interstate Construction, LLC.

4. Aszmus agrees to restrict further efforts to satisfy the Judgment to prosecution of the claims assigned in the preceding paragraph and further convenants not to execute against any other assets of Avery beyond the payment of $755,000 by Defendant Alaska Interstate Construction, LLC.

5. The parties agree that time is of the essence in completing this Settlement Agreement and both Avery and Azmus agree to cooperate in preparing such additional documents as are necessary to carry out the intent of this Settlement Agreement.

*Aszmus v. Avery*, Case No. 2KB-11-210 CI
Settlement Agreement

Page 3 of 6

EXHIBIT____C____
PAGE 3 OF 10

Case 3:14-cv-00166-SLG   Document 1-1   Filed 09/02/14   Page 20 of 33
Exhibit 1, Page 20 of 33

6.     Avery's current residence is 1442 West 25th Ave., Unit E, Anchorage, Alaska 99503.   Avery's current phone number is (480) 266-8300. Avery's email address is kaleavery@hotmail.com.   Avery agrees to advise Aszmus in the event of any change in this information.

7.     Other than as stated in this Settlement Agreement, neither Aszmus nor Avery has made representations to the other party

8.     This Settlement Agreement shall be construed according to Alaska law with jurisdiction and venue for any disputes being the Superior Court for the Third Judicial District of Alaska.

9.     Aszmus agrees to defend, indemnify and hold harmless Avery, his attorneys, representatives and Colony Insurance Company from any claims, cross-claims, counterclaims, third-party claims or fault allocation proceedings directed against them in any way related to the assignment of claims against Farmers Insurance Group, Coast National Insurance Co., Jay R. McInnis LUTCF, and any other person or entity bearing legal responsibility for failing to defend Avery in _Aszmus v. Avery et al_, Case No. 2KB-11-210 CI.

10.    This Settlement Agreement can be executed in counterparts.

11.    This Settlement Agreement represents the complete agreement of the parties regarding resolution of claims asserted in _Aszmus v. Avery et al_, Case No. 2KB-11-210 CI.

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

EXHIBIT ___C___

DATED at Anchorage, Alaska this _____ day of April, 2014.

_____
Thomas C. Aszmus

SUBSCRIBED AND SWORN to before me this _____ day April, 2014.

_____
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires: 6/29/17


DATED at Anchorage, Alaska this _____ day of April, 2014.

_____
Matthew K. Avery

SUBSCRIBED AND SWORN to before me this _____ day of April, 2014.

_____
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires: _____

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234 Facsimile 907-277-9120

*Aszmus v. Avery,* Case No. 2KB-11-210 CI
Settlement Agreement

EXHIBIT ___C___

Approved as to Form.

Law Office of Marc June
Attorneys for the Plaintiff

_____
Marc W. June, ABA #8011091

Approved as to Form.

Ingaldson, Fitzgerald, P.C.
Attorneys for the Defendant

_____
William H. Ingaldson, ABA #8406030

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

*Aszmus v. Avery*, Case No. 2KB-11-210 CI
Settlement Agreement

EXHIBIT C
PAGE 6 OF 10

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

DATED at Anchorage, Alaska this _____ day of April, 2014.


_____
Thomas C. Aszmus


SUBSCRIBED AND SWORN to before me this _____ day April, 2014.


_____
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires:_____


DATED at Anchorage, Alaska this __11th__ day of April, 2014.

_____
Matthew K. Avery


SUBSCRIBED AND SWORN to before me this __11th__ day of April, 2014.

_____
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires: _02/01/18_

*Aszmus v. Avery,* Case No. 2KB-11-210 CI
Settlement Agreement

Page 5 of 6

EXHIBIT ___C___

Approved as to Form.

Law Office of Marc June
Attorneys for the Plaintiff

_____
Marc W. June, ABA #8011091

Approved as to Form.

Ingaldson, Fitzgerald, P.C.
Attorneys for the Defendant

_____
William H. Ingaldson, ABA #8406030

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

*Asznus v. Avery*, Case No. 2KB-11-210 CI
Settlement Agreement

DATED at Anchorage, Alaska this _____ day of April, 2014.

_____
Thomas C. Aszmus

SUBSCRIBED AND SWORN to before me this _____ day April, 2014.

_____
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires:_____

DATED at Anchorage, Alaska this _25_ day of April, 2014.

_____
Matthew K. Avery

SUBSCRIBED AND SWORN to before me this _25th_ day of April, 2014.

_____
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires:

*Aszmus v. Avery,* Case No. 2KB-11-210 CI
Settlement Agreement

EXHIBIT____C____
PAGE 9 OF 10

Approved as to Form.

Law Office of Marc June
Attorneys for the Plaintiff

_____
Marc W. June, ABA #8011091

Approved as to Form.

Ingaldson, Fitzgerald, P.C.
Attorneys for the Defendant

_____
William H. Ingaldson, ABA #8406030

*Aszmus v. Avery*, Case No. 2KB-11-210 CI
Settlement Agreement

Page 6 of 6

EXHIBIT ___C___

Case 3:14-cv-00166-SLG   Document 1-1   Filed 09/02/14   PAGE 1 of 30
Exhibit 1, Page 27 of 33

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234 Facsimile 907-277-9120

# EXHIBIT D

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

THOMAS C. ASZMUS,         )
                        )
        Plaintiff,       )
                        )
vs.                      )
                        )
MATTHEW K. AVERY,     )
ALASKA INTERSTATE      )
CONSTRUCTION, LLC      )
                        )
        Defendants.    )
                        )   Case No. 2KB-11-210 CI
MATTHEW K. AVERY,     )
                        )
      Third-Party Plaintiff, )
                        )
vs.                      )
                        )
YAMAHA MOTOR CORPORATION, )
USA., YAMAHA MOTOR     )
MANUFACTURING CORPORATION )
OF AMERICA AND YAMAHA   )
MOTOR CO., LTD.,       )
                        )
      Third-Party Defendants. )

## CONFESSION OF JUDGMENT AFTER ACTION

Comes now, Matthew K. Avery, and hereby confesses judgment in favor of Plaintiff Thomas C. Aszmus in the amount of $3,581,371.85, accruing interest at a rate of 3.75% annually from March 31, 2014.

*Aszmus v. Avery*, Case No. 2KB-11-210 CI
Confession of Judgment

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

EXHIBIT D
PAGE 1 OF 5

DATED at Anchorage, Alaska this __25__ day of April, 2014.

_Matthew K. Avery_

SUBSCRIBED AND SWORN to before me this __25th__ day of April, 2014.

**NOTARY PUBLIC** — GAYLE W. SAVAGE, NOTARY PUBLIC, STATE OF ALASKA

NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires: _____

Plaintiff Thomas C. Aszmus hereby assents to entry of the above judgment

DATED at Anchorage, Alaska this __16th__ day of June, 2014.

_Thomas C. Aszmus_

SUBSCRIBED AND SWORN to before me this __16th__ day of June, 2014.

OFFICIAL SEAL
THE STATE OF ALASKA
NOTARY PUBLIC
**Walter Snell**
Comm. Expires 12/25/2015
Comm. Number 11121914

NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires: _12/25/2015_

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234 Facsimile 907-277-9120

_Aszmus v. Avery_, Case No. 2KB-11-210 CI
Confession of Judgment

# ORDER

## IT IS SO ORDERED.

DATED at Kotzebue, Alaska this _____ day of April, 2014.

_____
Paul A. Roetman, Superior Court Judge

CERTIFICATE OF SERVICE
On this /6ᵗʰ day of April, 2014, a true
and correct copy of the foregoing document
was served on the following attorneys of record by:

__/__ Mail ___ Fax ___ Hand-Delivery

JAMES M. BOARDMAN, ESQ.
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 WEST 3ᴿᴰ AVENUE
ANCHORAGE, AK 99501

DAVID K. GROSS
BIRCH, HORTON, BITTNER & CHEROT
1127 W. 7ᵀᴴ AVENUE
ANCHORAGE, ALASKA 99501

JOHN B. THORSNESS
CLAPP, PETERSON, TIEMESSEN,
THORSNESS, & JOHNSON, PC
711 H STREET, SUITE 620
ANCHORAGE, AK 99501

_____
Walt Snell

*Aszmus v. Avery*, Case No. 2KB-11-210 CI
Confession of Judgment

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

| | |
|---|---|
| THOMAS C. ASZMUS, ) | |
| ) | |
| Plaintiff, ) | **JUN 2 7 2014** |
| ) | |
| vs. ) | |
| ) | |
| MATTHEW K. AVERY, ) | |
| ALASKA INTERSTATE ) | |
| CONSTRUCTION, LLC ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. 2KB-11-210 CI |
| MATTHEW K. AVERY, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| YAMAHA MOTOR CORPORATION, ) | |
| USA., YAMAHA MOTOR ) | |
| MANUFACTURING CORPORATION ) | |
| OF AMERICA AND YAMAHA ) | |
| MOTOR CO., LTD., ) | |
| ) | |
| Third-Party Defendants. _____) | |

## JUDGMENT PURSUANT TO CONFESSION

Pursuant to the Confession of Judgment After Action, judgment is hereby entered against Matthew K. Avery and in favor of Thomas C. Aszmus in the amount of $3,581,371.85.

Interest on the judgment shall accrue at a rate of 3.75%. Annually from March 31, 2014.

*Aszmus v. Avery*, Case No. 2KB-11-210 CI
Judgment, Page 1 of 2

EXHIBIT ___D___
PAGE _4_ OF _5_

Case 3:14-cv-00166-SLG   Document 1-1   Filed 09/02/14   Page 32 of 33
Exhibit 1, Page 32 of 33

DATED at Kotzebue, Alaska this 24th day of June

*P. A. R..* (signature)

Paul A. Roetman, Superior Court Judge

## CERTIFICATE OF SERVICE

On this ____ day of May, 2014, a true and correct copy of the foregoing document was served on the following attorneys of record by:

___ Mail ___ Fax ___ Hand-Delivery

James M. Boardman
Ingaldson, Maassen & Fitzgerald, P.C.
813 W. 3rd Avenue
Anchorage, AK 99501

David K. Gross
Birch Horton Bittner & Cherot
1127 West 7th Avenue
Anchorage, AK 99501

John B. Thorsness
Clapp, Peterson, Tiemessen, Thorsness & Johnson, LLC
711 H Street, Suite 620
Anchorage, AK 99501

_____
Walter Snell

I hereby certify that this is a true and correct copy of the original on file in my office.

ATTEST:
Clerk of the Trial Courts at Kotzebue

By *KB*                          6/25/14
Deputy                           Date

I certify that on 6/25/14
copies of this document were sent to: Marc W. June
CLERK *KB*                        David K. Gross
                                  James M. Boardman

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234 Facsimile 907-277-9120

Lodged on 5/19/14

*Asenius v. Avery*, Case No. 2KB-11-210 CI
Judgment, Page 2 of 2

EXHIBIT D