# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS C. ASZMUS,<br><br>                          Plaintiff,<br>     v.<br><br>JAY R. McINNIS, and COAST NATIONAL INSURANCE COMPANY<br><br>                         Defendants. | Case No. 3:14-cv-00166-SLG |

## **ORDER OF DISMISSAL**

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Docket 64), the Court hereby APPROVES the stipulation.

IT IS ORDERED that all claims asserted by Plaintiff Thomas Aszmus against Defendants are DISMISSED in their entirely and with prejudice, each side bearing its own costs and attorney's fees, for the reason that an amicable settlement has been reached.

DATED this 20th day of April, 2016 at Anchorage, Alaska.

                                                    */s/ Sharon L. Gleason*
                                                    UNITED STATES DISTRICT JUDGE